# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chip Paige, | No. CV-17-00586-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Fidelity Creditor Service Incorporated, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation to Dismiss with Prejudice (Doc. 16),

IT IS ORDERED granting the Stipulation (Doc. 16) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

Dated this 29th day of September, 2017.

Honorable Diane J. Humetewa
United States District Judge